1  Jacob P. Austin, Esq., SBN 290303
   Don't Talk Legal Center
2  600 B Street #300
   San Diego, CA 92101
3  Telephone: (866) 366-8825
   Fax: (619) 357-8501
4
5  Attorney for Defendant BARBARA CLEGG

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,              Case No.: 20CR03339-LAB

10          Plaintiff,

11      vs.                               **ORDER RELEASING DEFENDANT**

12  BARBARA CLEGG

13          Defendant.

14

15

16        Upon learning that a residential drug treatment center, Heaven's Gate Women's

17  Ministry, has bed space available for Ms. Barbara Clegg, IT IS HEREBY ORDERED that she

18  be released from custody on Friday April 2, at 8:00 a.m. to the custody of her attorney, Jacob P.

19  Austin, or his designated agent, to take her directly to Heaven's Gate Women's Ministry at

20  4255 3rd Street, Montclair, California 91763. All previous bond conditions set by the magistrate

21  court are reimposed.

22

23

24

25  Dated: April 2, 2021         _____
                                 Honorable Larry Alan Burns
26                               United States District Court Judge

27

28

-1-
ORDER RELEASING DEFENDANT