Jacob P. Austin, Esq., SBN 290303
Don't Talk Legal Center
600 B Street #300
San Diego, CA 92101
Telephone: (866) 366-8825
Fax: (619) 541-8146

Attorney for Defendant BARBARA CLEGG

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BARBARA CLEGG<br><br>          Defendant. | Case No.: 20CR03339-LAB<br><br>**ORDER RELEASING DEFENDANT** |

    Upon learning that a residential drug treatment center, Heaven's Gate Women's Ministry, has bed space available for Ms. Barbara Clegg, IT IS HEREBY ORDERED that she be released from custody on April 6, 2021, at 8:00 a.m., or as reasonably possible if later, to the custody of her attorney, Jacob P. Austin, or his designated agent, to take her directly to Heaven's Gate Women's Ministry at 4255 3rd Street, Montclair, California 91763. All previous bond conditions set by the magistrate court are reimposed.

Dated: April 5, 2021

_____
Honorable Larry Alan Burns
United States District Court Judge